UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHASE HOME FINANCE, LLC,**

      **Plaintiff,**

v.                                                                              Case No: 6:14-cv-373-CEH-TBS

**JACOBA ADRIANA RAWSON,
ROBERT DAVID RAWSON,
CARRIAGE HOMES AT DUNWOODY
COMMONS CONDOMINIUM
ASSOCIATION, INC.,
UNKNOWN TENANT(S),**

      **Defendants.**

**AMENDED ORDER**[1]

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on March 30, 2014. Doc. 8. In the Report and Recommendation, Magistrate Judge Smith recommends that the Court deny Defendant Robert David Rawson's ("Rawson") Motion to Proceed *In Forma Pauperis* (*see* Doc. 2) and remand this mortgage foreclosure case to state court. *Id.* Rawson, who removed this case to this Court based on diversity jurisdiction, filed Amended Objections to the Report and Recommendation on April 2, 2014. Doc. 13. This matter is ripe for review.

Federal Rule of Civil Procedure 72(b)(2), in pertinent part, provides that "a party may serve and file specific written objections to . . . proposed findings and recommendations." Once a timely objection to the Report and Recommendation is made, the district judge "shall make a *de novo*

---

[1] This Order is amended to adopt the Report and Recommendation of Magistrate Judge Thomas B. Smith, filed on March 30, 2014. Doc. 8.

determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C); *Jeffrey S. v. State Board of Education of State of Georgia,* 896 F.2d 507, 512 (11th Cir. 1990). The district judge may accept, reject, or modify in whole or in part, the report and recommendation of the magistrate judge. Fed. R. Civ. P. 72(b)(3). The district judge may also receive further evidence or recommit the matter to the magistrate judge with further instructions. *Id.*

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the court file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. In his objections, Rawson appears to argue that this case was timely removed because it was removed within thirty days of entry of the final judgment. Rawson overlooks the fact that this case was pending in state court for four years before he removed it. Rawson's argument is, therefore, without merit.[2] The Court agrees with the Magistrate Judge that the removal by Rawson was untimely and that this Court has no jurisdiction to review a final judgment of foreclosure. *See* Doc. 8 at 5-6. .

Accordingly, it is hereby **ORDERED**:

1. The Report and Recommendation of Magistrate Judge Thomas B. Smith (Doc. 8) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Defendant Robert David Rawson's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. This case is **REMANDED** to the Circuit Court for the Eighteenth Judicial Circuit in and for Seminole County, Florida.

---

[2] The other objections raised by Rawson, to the extent discernible, are also without merit.

4. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Court, Eighteenth Judicial Circuit, Seminole County, Florida. The Clerk is further directed to terminate all pending motions and deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2014.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Thomas B. Smith